B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ryg, Gaylon W** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ryg, Catherine B** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FDBA Stan's Rental Inc.; FDBA Stan's Rental Party Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5931** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4380** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1516 E. Illinois Rt. 71**<br>**Ottawa, IL**<br>ZIP Code **61350** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1516 E. Illinois Rt. 71**<br>**Ottawa, IL**<br>ZIP Code **61350** |
| County of Residence or of the Principal Place of Business:<br>**La Salle** | County of Residence or of the Principal Place of Business:<br>**La Salle** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(1/08)** Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ryg, Gaylon W**<br>**Ryg, Catherine B** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ryg, Gaylon W**<br>**Ryg, Catherine B** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gaylon W Ryg**
Signature of Debtor  **Gaylon W Ryg**

X **/s/ Catherine B Ryg**
Signature of Joint Debtor **Catherine B Ryg**

Telephone Number (If not represented by attorney)

**October  5, 2009**
Date

**Signature of Attorney***

X **/s/ Stephen J. West, Atty.**
Signature of Attorney for Debtor(s)

**Stephen J. West, Atty. 02989794**
Printed Name of Attorney for Debtor(s)

**Stephen J. West**
Firm Name
**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**

Address

**815-434-7250  Fax: 815-434-0951**
Telephone Number
**October  5, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gaylon W Ryg**
**Catherine B Ryg**                                             Case No.
_____         Chapter   **7**   _____
                                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gaylon W Ryg**
                                          **Gaylon W Ryg**

Date:   **October  5, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Gaylon W Ryg**
    **Catherine B Ryg**
                                       Debtor(s)                        Case No.  _____

Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Catherine B Ryg**
Catherine B Ryg

Date:    **October  5, 2009**

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Gaylon W Ryg**
       **Catherine B Ryg**
_____     Case No. _____
                                   Debtor(s)         Chapter    **7**  _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,000.00** | **Him 2007** |
| **$4,700.00** | **2008** |
| **$18,000.00** | **Her 2007** |
| **$18,000.00** | **2008** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **First Federal Savings Bank** | **Monthly payment** | **$704.00** | **$95,200.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**October  5, 2009**_____          Signature  __**/s/ Gaylon W Ryg**_____

**Gaylon W Ryg**
Debtor


Date  __**October  5, 2009**_____          Signature  __**/s/ Catherine B Ryg**_____

**Catherine B Ryg**
Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gaylon W Ryg,**  
**Catherine B Ryg**

Case No. _____

_____ ,

Chapter _____ **7** _____

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 100,000.00 | | |
| B - Personal Property | Yes | 3 | 5,310.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 104,700.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | 2,093,104.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,498.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,490.00 |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| Total Assets | | | 105,310.00 | | |
| Total Liabilities | | | | 2,197,804.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Gaylon W Ryg,**
      **Catherine B Ryg**

Case No. _____

_____,
                    Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Gaylon W Ryg,**
      **Catherine B Ryg**                                  Case No. _____

                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 1516 E. Illinois Rt. 71, Ottawa IL** | **Petitioners own a fee simple interest in their home.** | J | 100,000.00 | 104,700.00 |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | 100,000.00 | (Total of this page) | |
| | Total > | 100,000.00 | | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re     **Gaylon W Ryg,**                                                    Case No. _____
          **Catherine B Ryg**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | J | 10.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Financial Plus**<br><br>**Savings account - Financial Plus** | J<br><br>J | 100.00<br><br>50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods, furniture & furnishings.** | J | 800.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | J | 50.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           1,010.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Gaylon W Ryg,**                                              Case No. _____
          **Catherine B Ryg**
_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | **J** | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor, Gaylon Ryg, was a 52% shareholder of Stan's Rental, Inc. This company was dissolved by operation of law in 2002. There are no assets.** | **J** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gaylon W Ryg,**                           Case No. _____
          **Catherine B Ryg**

                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Chrysler Van | H | 4,000.00 |
| | | 1990 Ford Focus | H | 300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                 Sub-Total >      **4,300.00**
                                             (Total of this page)
                                                   Total >      **5,310.00**

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property                             (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Gaylon W Ryg,**                Case No. _____

        **Catherine B Ryg**

_____ ,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                           $136,875.
☐ 11 U.S.C. §522(b)(2)
�span style
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **The necessary wearing apparel, bible, school books and family pictures of the debtors, Gaylon W & Catherine B Ryg and the debtor's dependants;** | **735 ILCS 5/12-1001(a)** | **100.00** | **0.00** |
| **Personal property,household goods,furnishings,funds held by employer,funds on deposit, tax returns, other property listed on Schedule B not otherwise claimed as exempt.** | **735 ILCS 5/12-1001(b)** | **8,000.00** | **0.00** |
| **The debtor's interest not to exceed $2,400 in value in any one motor vehicle.** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **0.00** |
| **IRA** | **735 ILCS 5/12-704** | **Unknown** | **0.00** |
| | Total: | **12,900.00** | **0.00** |

   **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re      **Gaylon W Ryg,**
      **Catherine B Ryg**

Case No. _____

                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |  |
| Account No.<br><br>**First Federal Savings Bank**<br>**633 LaSalle St.**<br>**Ottawa, IL 61350** | J |  |  |  | **Security is a mortgage on petitioners home obtained in 2000.**<br><br><br>Value $    **100,000.00** |  | X |  | **90,600.00** | **0.00** |
| Account No.<br><br>**First Federal Savings Bank**<br>**633 LaSalle St.**<br>**Ottawa, IL 61350** | J |  |  |  | **Security is a 2nd mortgage on petitioners home obtained in 2000.**<br><br><br>Value $    **0.00** |  | X |  | **14,100.00** | **14,100.00** |
| Account No.<br><br><br><br> |  |  |  |  | <br><br><br>Value $ |  |  |  |  |  |
| Account No.<br><br><br><br> |  |  |  |  | <br><br><br>Value $ |  |  |  |  |  |

  __0__   continuation sheets attached

| | Subtotal<br>(Total of this page) | **104,700.00** | **14,100.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **104,700.00** | **14,100.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Gaylon W Ryg,**                                                    Case No. _____
        **Catherine B Ryg**
                                                                        ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Gaylon W Ryg,**
        **Catherine B Ryg**                                                    Case No. _____

_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A100** <br><br> **A&T Auto Electric Inc.** <br> **2910 E. 15th Rd.** <br> **Ottawa, IL 61350** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 496.00 |
| Account No. **754101038** <br><br> **Ace Tire & Auto Service Inc.** <br> **1414 38th St.** <br> **Peru, IL 61354** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 627.00 |
| Account No. **1-0155** <br><br> **Alexander Equipment** <br> **1511 Commerce Dr.** <br> **Bourbonnais, IL 60914** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 600.00 |
| Account No. <br><br> **Allstate Insurance Co.** <br> **% Credit Collection Services** <br> **Two Wells Ave.; Suite 1** <br> **Newton, MA 02459** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 593.00 |

___40___ continuation sheets attached

Subtotal
(Total of this page)                                                2,316.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29385-090930   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**
      **Catherine B Ryg**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2855833** <br><br> **Alto U.S., Inc.** <br> **2100 Highway 265 South** <br> **Springdale, AR 72764-8711** | | J | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 77.00 |
| Account No. **02-L-82** <br><br> **Amcore Bank** <br> **% Perona Law Offices** <br> **4110 Progress Blvd.** <br> **Peru, IL 61354** | | J | **Civil judgment for loans in connection with operational expenses of Stan's Rental.** | | X | | 260,013.00 |
| Account No. **02-3** <br><br> **Ameri-Tel Communications, Inc.** <br> **1202 Columbus St.** <br> **PMB# 314** <br> **Ottawa, IL 61350** | | J | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 859.00 |
| Account No. **311772** <br><br> **American Allsafe Company** <br> **PO Box 952422** <br> **Saint Louis, MO 63195-2422** | | J | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 356.00 |
| Account No. **3LM67** <br><br> **American Expess Centu** | | J | **Claim was incurred for civil judgment.** | | X | | 18,665.00 |

Sheet no. \_\_**1**\_\_ of \_\_**40**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **279,970.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**
      **Catherine B Ryg,**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 3722-653873-61008 <br><br> **American Express** <br> **PO Box 360001** <br> **Ft. Lauderdale, FL 33336-0001** | | J | | | **Claim was incurred for consumer goods & services.** | | X | | 2,747.00 |
| Account No. 3722-653873-61008 <br><br> **American Express** <br> **PO Box 360002** <br> **Ft. Lauderdale, FL 33336-0002** | | J | | | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 2,718.00 |
| Account No. 81543466882582 <br><br> **Ameritech Commercial** <br> **% Allied Interstate Inc.** <br> **PO Box 361598** <br> **Columbus, OH 43236-1598** | | J | | | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 7,769.00 |
| Account No. 81522445449599 <br><br> **Ameritech Commercial** <br> **% Allied Interstate Inc.** <br> **PO Box 361598** <br> **Columbus, OH 43236-1598** | | J | | | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 243.00 |
| Account No. <br><br> **Amscan, Inc.** <br> **% Accounts Receivalbe Management** <br> **PO Box 363** <br> **Carle Place, NY 11514-0363** | | J | | | **Claim incurred for the opeational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 902.00 |

Sheet no. __2___ of __40___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **14,379.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaylon W Ryg,**
      **Catherine B Ryg,**
Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11091001**<br><br>**Aramark Uniform Services**<br>**PO Box 7177**<br>**Rockford, IL 61126-7177** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 213.00 |
| Account No.<br><br>**ARCH Group Inc.**<br>**PO Box 964**<br>**Bel Air, MD 21014** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 6,176.00 |
| Account No. **1005117**<br><br>**ARI Network Services, Inc.**<br>**% M&I Bank**<br>**Box 233**<br>**Milwaukee, WI 53288-0233** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 336.00 |
| Account No. **STAN3**<br><br>**Armadilla Wax Works**<br>**2651 N. Industrial Way**<br>**Prescott Valley, AZ 86314** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 22.00 |
| Account No. **13661513-ATT**<br><br>**AT&T**<br>**% NCO Financial Systems Inc.**<br>**PO Box 3759**<br>**Crofton, MD 21114** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 173.00 |

Sheet no. __**3**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,920.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaylon W Ryg,**
   **Catherine B Ryg**

_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 0199378908001 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| AT&T % FNCS PO BOx 3051 Orange, CA 92857 | | | J | | | | X | | 173.00 |
| Account No. | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| AT&T % ARSI PO Box 1025 Thousand Oaks, CA 91358 | | | J | | | | X | | 114.00 |
| Account No. | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| AT&T All In One % Collection Bureau of America PO Box 5013 Hayward, CA 94540-5013 | | | J | | | | X | | 321.00 |
| Account No. 960225 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guarnateed by the debtor, Gaylon Ryg. | | | | |
| Auto Glass Center, Inc. PO Box 122 Cedar Rapids, IA 52406-0122 | | | J | | | | X | | 190.00 |
| Account No. 350SRE | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| Battery Service Corp. 410 S. Evergreen St. Bensenville, IL 60106 | | | J | | | | X | | 553.00 |

Sheet no. __4__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,351.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**
　　　　**Catherine B Ryg,**　　　　　　　　　　　　　　　　　　　　Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **9850**<br><br>**Battery Specialist Unlimited**<br>**2910 E. 15th Rd.**<br>**Ottawa, IL 61350** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 8.00 |
| Account No.<br><br>**Birchcraft Studios**<br>**% Alden, Curtis & Michaels, Ltd.**<br>**1170 Broadway**<br>**New York, NY 10001-7598** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 863.00 |
| Account No. **SOI0002**<br><br>**Bluebird**<br>**22611 Network Plaza**<br>**Chicago, IL 60673-1226** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 242.00 |
| Account No. **2130602**<br><br>**BOC Gases**<br>**PO Box 371914**<br>**Pittsburgh, PA 15251-7914** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 54.00 |
| Account No. **2130602**<br><br>**BOC Gases**<br>**100 Corporate Dr.**<br>**PO BOx 700**<br>**Lebanon, NJ 08833-0700** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 3,228.00 |

Sheet no. __5__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　4,395.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**                                 Case No. _____

         **Catherine B Ryg**

                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**C-Tech Industries**<br>**PO Box 2158**<br>**Portland, OR 97208-2158** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 587.00 |
| Account No. **2006LM 00632**<br><br>**Capital One Bank** | J | | | | Claim was incurred for civil judgment for account #7812602135728596. | | X | | 25,756.00 |
| Account No. **36233**<br><br>**Carlson Craft**<br>**PO Box 8700**<br>**N.Mankato, MN 56002-8700** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,787.00 |
| Account No. <br><br>**Celebration**<br>**% MCA International**<br>**15316 N. Florida Ave.**<br>**Tampa, FL 33613** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 291.00 |
| Account No. <br><br>**CFC Deficiency Recovery**<br>**5225 Crooks Rd Ste 140**<br>**Troy, MI 48098** | J | | | | Claim was incurred for collection account. | | X | | 1,244.00 |

Sheet no. __6___ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
                (Total of this page)        **29,665.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
      **Catherine B Ryg,**
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **STAREN** <br><br> **Chanooka Weekly** <br> **Rock Valley Publishing, LLC** <br> **11512 N. Second St.** <br> **Machesney Park, IL 61115** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 760.00 |
| Account No. **02M1-128827** <br><br> **Chase Manhattan Bank** <br> **% Michael D. Fine, Atty.** <br> **227 W. Monroe; Suite 2700** <br> **Chicago, IL 60606** | | J | Claim was incurred for civil judgment. | | X | | 10,790.00 |
| Account No. **5184-4500-4164-6450** <br><br> **Chase NA** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | | J | Claim aws incurred for collection account. | | X | | 6,570.00 |
| Account No. **1002545396** <br><br> **Chrysler Financial** <br> **PO Box 9223** <br> **Farmington, MI 48333-9223** | | J | Claim was incurred for collection account. | | X | | 1,244.00 |
| Account No. <br><br> **Cingular** <br> **% Afni** <br> **PO Box 3427** <br> **Bloomington, IL 61702-3427** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 269.00 |

Sheet no. __7__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,633.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaylon W Ryg,**                                                                    Case No. _____
        **Catherine B Ryg**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 256803897<br><br>**Cingular Wireless<br>PO Box 806055<br>Chicago, IL 60680** | | J | | | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 179.00 |
| Account No. 252044641<br><br>**Cingular Wireless<br>PO Box 806055<br>Chicago, IL 60680** | | J | | | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 469.00 |
| Account No. 251899846<br><br>**Cingular Wireless<br>PO Box 806055<br>Chicago, IL 60680** | | J | | | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 573.00 |
| Account No. 251904935<br><br>**Cingular Wireless<br>PO Box 806055<br>Chicago, IL 60680** | | J | | | **Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg.** | | X | | 140.00 |
| Account No. 3193149775834<br><br>**CIT Bank/DFS<br>12234 N IH 35 SB Bldg B<br>Austin, TX 78753** | | J | | | **Claim was incured for collection account.** | | X | | 727.00 |

Sheet no. __8___ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,088.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
    **Catherine B Ryg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Citibank** **% Financial Recovery Services, Inc.** **PO Box 385908** **Minneapolis, MN 55438-5908** | | J | | | | X | | 973.00 |
| Account No. 4487-3610-0200-9140 | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Citibank** **% LTD Financial Services, L.P.** **7322 Southwest Freeway; Suite 1600** **Houston, TX 77074** | | J | | | | X | | 3,015.00 |
| Account No. | | | | Claim was incurred for collection account. | | | | |
| **Citibank** **% NCO Fin/22** **507 Prudential Rd** **Horsham, PA 19044** | | J | | | | X | | 1,431.00 |
| Account No. 4487-3600-0001-2619 | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Citibank, USA** **PO Box 9004** **Des Moines, IA 50368-9004** | | J | | | | X | | 3,015.00 |
| Account No. | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **CitiCapital** **250 E. John Carpenter Freeway** **Irving, TX 75062** | | J | | | | X | | 831,554.00 |

Sheet no. __9__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

839,988.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaylon W Ryg,**
        **Catherine B Ryg**
                                           ,

Case No. _____

                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2217910.00** <br><br>**City of Morris**<br>**320 Wauponsee St.**<br>**Morris, IL 60450** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 32.00 |
| Account No. **0030558100** <br><br>**City of Peru**<br>**PO Box 299**<br>**Peru, IL 61354** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc and guaranteed by the debtor, Gaylon Ryg. | | X | | 43.00 |
| Account No. **008757** <br><br>**Clark Equipment Company**<br>**PO Box 910634**<br>**File #10464**<br>**Dallas, TX 75391-0634** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 8,683.00 |
| Account No. **008757** <br><br>**Clark Equipment Company**<br>**PO Box 910634**<br>**File #10464**<br>**Dallas, TX 75391-0634** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 19,648.00 |
| Account No. <br><br>**Clark Foodservice, Inc.**<br>**% F.C.C.**<br>**1100 Jorie Blvd.; Suite 220**<br>**Oak Brook, IL 60523** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 276.00 |

Sheet no. __**10**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,682.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
　　　　**Catherine B Ryg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Classic Thermographers**<br>**% Teller, Levit & Silvertrust, PC**<br>**11 E. Adams St.; Suite 800**<br>**Chicago, IL 60603** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,471.00 |
| Account No.<br><br>**Clear Talk**<br>**% E R Solutions Inc.**<br>**PO BOx 9004**<br>**Renton, WA 98057-9004** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 350.00 |
| Account No. 4021133008<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 983.00 |
| Account No. 197500<br><br>**Computer Support Services, Inc.**<br>**2620 S. Maryland Pkwy.**<br>**PMB #414**<br>**Las Vegas, NV 89109** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,776.00 |
| Account No.<br><br>**Conseco Finance Svc**<br>**% VeriCore**<br>**1200 W. Causeway Approach**<br>**Mandeville, LA 70471** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 15,193.00 |

Sheet no. __11__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,773.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
        **Catherine B Ryg,**
                                                                    Case No. _____

                                    Debtors ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Crane's Tire Mart** <br> **% T.A.C. Collections, Inc.** <br> **625 N. Michigan AVe.** <br> **Chicago, IL 60611** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed be the debtor, Gaylon Ryg. | | X | | 43.00 |
| Account No. **481397** <br><br> **Croft Trailer Supply Inc** <br> **PO Box 300320** <br> **Kansas City, MO 64130-0320** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 91.00 |
| Account No. <br><br> **Cub Cadet** <br> **% MTD Products Inc.** <br> **PO Box 368023** <br> **Cleveland, OH 44136-9723** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 774.00 |
| Account No. <br><br> **D&S Electric** <br> **PO Box 1006** <br> **Ottawa, IL 61350** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 724.00 |
| Account No. <br><br> **DBP, Inc.** <br> **% NCO Financial Systems** <br> **PO Box 7768** <br> **Metairie, LA 70010** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,806.00 |

Sheet no. __12__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,438.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
        **Catherine B Ryg**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11463** <br><br> **Debo Ace Hardware** <br> **PO Box 79** <br> **Peru, IL 61354-3322** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 395.00 |
| Account No. **9831931497758240015** <br><br> **Dell Financial Services** <br> **% Financial Recovery Services, Inc.** <br> **PO Box 385908** <br> **Minneapolis, MN 55438-5908** | | J | Claim was incurred for collection account. | | X | | 1,570.00 |
| Account No. <br><br> **Dependable Business Products** <br> **1220 S. Fairway Dr.** <br> **Princeton, IL 61356** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Rgy. | | X | | 228.00 |
| Account No. <br><br> **Dillon Importing Company** <br> **300 N. Mac Arthur** <br> **Oklahoma City, OK 73127** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 192.00 |
| Account No. <br><br> **Empire Fire & Marine** <br> **% Teller, Levit & Silvertrust, PC** <br> **11 E. Adams St.** <br> **Chicago, IL 60603** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debotr, Gaylon Ryg. | | X | | 6,176.00 |

Sheet no. **13** of **40** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,561.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**
        **Catherine B Ryg**                                          Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SE 800598**<br><br>**Empire Fire & Marine Insurance**<br>**PO Box 2274**<br>**Fargo, ND 58103-2274** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 6,176.00 |
| Account No. **5398-5590-0296-2722**<br><br>**Erin Cap. Mgmt assignee of Citibank**<br>**%Blatt Hasenmiller Leibsker & Moore**<br>**125 S. Wacker Dr., Ste. 400**<br>**Chicago, IL 60606-4440** | | J | Claim was incurred for collection account. | | X | | 8,291.00 |
| Account No. **23-80145-001-2**<br><br>**First Data**<br>**PO Box 407066**<br>**Fort Lauderdale, FL 33340** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 25.00 |
| Account No.<br><br>**First Data Merchant Services**<br>**% Salvatore Spinelli, Esq. Atty.**<br>**135 Maxess Rd.; Suite 2B**<br>**Melville, NY 11747** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 344.00 |
| Account No. **23801560012**<br><br>**First Data Merchant Services**<br>**PO Box 407171**<br>**Fort Lauderdale, FL 33340** | | J | Claim incurred for the operationa expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 569.00 |

Sheet no. __**14**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,405.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**
         **Catherine B Ryg**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **65962-82303** <br><br> **First National Bank** <br> **701 LaSalle St.** <br> **Ottawa, IL 61350** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 10,310.00 |
| Account No. **65962-18024** <br><br> **First National Bank** <br> **701 LaSalle St.** <br> **Ottawa, IL 61350** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 13,544.00 |
| Account No. **385631** <br><br> **Fonda Hoffmaster** <br> **% CST Co** <br> **CST Bldg.; PO Box 33127** <br> **Louisville, KY 40232-3127** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,715.00 |
| Account No. **W04429709** <br><br> **Fremont Compensation Ins Grp** <br> **PO Box 109061** <br> **Chicago, IL 60610-9061** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 382.00 |
| Account No. **100474** <br><br> **G&B Disposal, Inc.** <br> **PO Box 673089** <br> **Milwaukee, WI 53267-3089** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 120.00 |

Sheet no. __15__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,071.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**                                          Case No. _____

         **Catherine B Ryg**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **329960**<br><br>Georgia Rubber<br>1643 Chattahoochee Ave. N.W.<br>Atlanta, GA 30318 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 143.00 |
| Account No.<br><br>GL Supply Co<br>20 N. 9th Ave.<br>Melrose Park, IL 60160 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 150.00 |
| Account No. **STANS**<br><br>Granite Industries, Inc.<br>PO Box 408<br>Archbold, OH 43502 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 322.00 |
| Account No. 3648672<br><br>Great Plains<br>PO Box 1219<br>Burnsville, MN 55337-0219 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 152.00 |
| Account No.<br><br>Grouser Products<br>755 2nd Ave. NW<br>West Fargo, ND 58078 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 199.00 |

Sheet no. __16__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **966.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
        **Catherine B Ryg**

_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Grundy County National**<br>**% Collection Professionals Inc.**<br>**PO Box 416**<br>**La Salle, IL 61301-0416** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 215.00 |
| Account No.<br><br>**HBS Systems**<br>**% Burt & Associates**<br>**PO Box 143008**<br>**Irving, TX 75014-3008** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,000.00 |
| Account No.<br><br>**High School Sports Promotions**<br>**% Dann & Falgiani, LLC**<br>**127 Churchill Hubbard Rd.; Suite D**<br>**Youngstown, OH 44505** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 419.00 |
| Account No.<br><br>**Hometown Productions**<br>**% Dann & Falgiani, LLC**<br>**127 Churchill Hubbard Rd.; Suite D**<br>**Youngstown, OH 44505** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 209.00 |
| Account No. **31547**<br><br>**Hortense B. Hewitt Co**<br>**1 HBH Plaza**<br>**Rexburg, ID 83441** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 440.00 |

Sheet no. __17__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,283.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**
       **Catherine B Ryg**                                                    Case No. _____

                                                         Debtors                                                ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **215728-001** <br><br> Hose & Fitting Center <br> 1250 E. 9th St. <br> Lockport, IL 60441 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 293.00 |
| Account No. <br><br> Hose & Fitting Center <br> Suite E <br> 8901 W. 192nd St. <br> Mokena, IL 60448 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 200.00 |
| Account No. <br><br> Humana <br> % Teller, Levit & Silvertrust PC <br> 11 E. Adams St.; Suite 800 <br> Chicago, IL 60603 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 2,726.00 |
| Account No. **WC00655615300** <br><br> Hylant Goup - Toledo Office <br> PO Box 1687 <br> Toledo, OH 43603-1687 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 4,895.00 |
| Account No. **2323355239** <br><br> Illinois Power <br> PO Box 2522 <br> Decatur, IL 62525 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 119.00 |

Sheet no. __**18**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,233.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**
      **Catherine B Ryg**
                                         ,
Case No. _____

**Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3661871855 <br><br> Illinois Power <br> PO Box 2522 <br> Decatur, IL 62525 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 991.00 |
| Account No. 0713989489 <br><br> Illinois Power <br> PO Box 2522 <br> Decatur, IL 62525 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,309.00 |
| Account No. 1398092899 <br><br> Illinois Power <br> PO Box 2522 <br> Decatur, IL 62525 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 519.00 |
| Account No. 4346688 <br><br> Illinois Valley Diesel Injection <br> % American Credit Systems, Inc. <br> PO Box 72849 <br> Roselle, IL 60172-0849 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 529.00 |
| Account No. <br><br> Independence Receivables Corp <br> % Law Offices of Ross Gelfand, LLC <br> PO Box 1870 <br> Roswell, GA 30077-1870 | | J | Claim was incurred for collection account. | | X | | 13,271.00 |

Sheet no. __19__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,619.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
      **Catherine B Ryg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Ingersoll-Rand Equipment & Svc % Arnold Scott Harris 600 W. Jackson Blvd.; Suite 710 Chicago, IL 60661** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 23,271.00 |
| Account No. **W613001 J Charles Crystalworks 225 Gap Way Erlanger, KY 41018** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 33.00 |
| Account No. **J&D Door Sales, Inc. 200 E. Second St. Big Rock, IL 60511** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 65.00 |
| Account No. **014756 Jamie Lynn 6445 W. Grand Ave. Chicago, IL 60707** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 317.00 |
| Account No. **2386 JDS Office Products PO Box 779 Ottawa, IL 61350-0779** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 289.00 |

Sheet no. __20__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,975.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**  **Catherine B Ryg**                            Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CS697** <br><br> **Jim's Formal Wear** <br> **One Tuxedo Park** <br> **PO Box 125** <br> **Trenton, IL 62293** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 579.00 |
| Account No. **112866** <br><br> **Kar Products** <br> **461 N. Third Ave.** <br> **Des Plaines, IL 60016** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,075.00 |
| Account No. **58072** <br><br> **LaSalle Co. Glass & Mirror Inc.** <br> **PO Box 764** <br> **Ottawa, IL 61350** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,229.00 |
| Account No. **02-L-55** <br><br> **LaSalle National Bank** <br> **% Schweikert & Ganassin** <br> **2101 Marquette Rd.** <br> **Peru, IL 61354** | | J | Claim was incurred for civil judgment for loans to Stan's Rental, Inc and guaranteed by debtor. | | X | | 514,430.00 |
| Account No. **L-551** <br><br> **LaSalle Office Supply** <br> **901 First St.** <br> **La Salle, IL 61301** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 59.00 |

Sheet no. __21__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims            Subtotal
(Total of this page)     **517,372.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaylon W Ryg,**                                          Case No. _____
       **Catherine B Ryg**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **STPIL** <br><br> Lillian Rose, Inc. <br> PO Box 250 <br> Mukwonago, WI 53149-0250 | | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 203.00 |
| Account No. **61354STNPR00605** <br><br> LTD Commodities Inc. <br> % McCarthy, Burgess & Wolff <br> The MB&W Bldg; 26000 Cannon Rd. <br> Bedford, OH 44146 | | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 537.00 |
| Account No. <br><br> M.B.N. Security Systems <br> % Creditors' Alliance, Inc. <br> PO Box 1288 <br> Bloomington, IL 61702-1288 | | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 75.00 |
| Account No. **02-SC-959** <br><br> Marathon Media, LLP <br> % James Leo Keely, Atty. <br> PO Box 770 <br> Ottawa, IL 61350-0770 | | | J | | Claim was incurred for civil judgment. | | X | | 2,350.00 |
| Account No. **109535** <br><br> Martin Equipment of Illinois, Inc. <br> Jct. I-74 & Rt. 117 <br> Box 70 <br> Goodfield, IL 61742 | | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 135.00 |

Sheet no. __22__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,300.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
     **Catherine B Ryg**                                                      Case No. _____

                                                                                                                    ,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 183716*1 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Masterpiece** **% Davis and Goldmark** **PO Box 3690** **Mission Viejo, CA 92690** | | J | | | | | X | | |
| | | | | | | | | | 330.00 |
| Account No. 4264-2904-8118-8753 | | | | | Claim was incurred for collection account. | | | | |
| **MBNA America Bank, NA** **% Gerald E. Moore & Associates, PC** **PO Box 672257** **Marietta, GA 30006** | | J | | | | | X | | |
| | | | | | | | | | 37,956.00 |
| Account No. P2433642 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guarnteed by the debtor, Gaylon Ryg. | | | | |
| **McLeodUSA Publishing Co.** **PO Box 9254** **Des Moines, IA 50306-9254** | | J | | | | | X | | |
| | | | | | | | | | 2,341.00 |
| Account No. 184400*1 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **McPhersons** **% Davis and Goldmark** **PO Box 3690** **Mission Viejo, CA 92690** | | J | | | | | X | | |
| | | | | | | | | | 472.00 |
| Account No. STA400 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Modern Business Services** **PO Box 754** **Ottawa, IL 61350** | | J | | | | | X | | |
| | | | | | | | | | 132.00 |

Sheet no. __23__ of __40__ sheets attached to Schedule of                                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)          41,231.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
    **Catherine B Ryg,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **549183**<br><br>**Motion Industries, Inc.**<br>**PO Box 98412**<br>**Chicago, IL 60693** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 41.00 |
| Account No. **MTS-010**<br><br>**MTS Publishing**<br>**% American Credit Systems, Inc.**<br>**PO Box 72849**<br>**Roselle, IL 60172-0849** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 530.00 |
| Account No. **90369432**<br><br>**Multiquip Inc.**<br>**PO BOx 54449**<br>**Los Angeles, CA 90054-0449** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 24.00 |
| Account No. **5595**<br><br>**Napa Auto Parts**<br>**115 W. Jefferson**<br>**Morris, IL 60450** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 715.00 |
| Account No.<br><br>**NCL Equipment Specialties, Inc.**<br>**PO BOx 980**<br>**174 S. Harrison**<br>**Oswego, IL 60543** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 58.00 |

Sheet no. __24__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,368.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**
      **Catherine B Ryg**
                                                 ,
                                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 99148902804 <br><br> **New England Business Service** <br> **500 Main St.** <br> **Groton, MA 01471** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 114.00 |
| Account No. 603518 11382 01565 <br><br> **New Holland Plan** <br> **Dept. CH 10460** <br> **Palatine, IL 60055-0460** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 7,423.00 |
| Account No. <br><br> **News Tribune** <br> **% Collection Professionals, Inc.** <br> **PO Box 416** <br> **La Salle, IL 61301** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,257.00 |
| Account No. <br><br> **News Tribune** <br> **% Collection Professionals, Inc.** <br> **PO Box 416** <br> **La Salle, IL 61301** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,238.00 |
| Account No. 06035200903 <br><br> **Nicor - EO** <br> **% NCO Financial Systems Inc.** <br> **PO Box 41457** <br> **Philadelphia, PA 19101-1457** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 364.00 |

Sheet no. __25__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,396.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**
       **Catherine B Ryg**                                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1470390** <br><br> **Nicor Energy LLC** <br> **% E R Solutions, Inc.** <br> **PO Box 9004** <br> **Renton, WA 98057-9004** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 2,119.00 |
| Account No. **1228645** <br><br> **Nicor Energy LLC** <br> **% E R Solutions, Inc.** <br> **PO Box 9004** <br> **Renton, WA 98057-9004** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 187.00 |
| Account No. **4021133008** <br><br> **Nicor Energy, LLC** <br> **1001 Warrenville Rd.** <br> **Suite 550** <br> **Lisle, IL 60532-4306** | J | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 180.00 |
| Account No. **6-15-03-2011 4** <br><br> **Nicor Gas** <br> **PO Box 310** <br> **Aurora, IL 60507-0310** | J | | | | Claim was incurred for services. | | X | | 566.00 |
| Account No. **6-16-03-2011 4** <br><br> **Nicor Gas** <br> **PO Box 310** <br> **Aurora, IL 60507-0310** | J | | | | Claim was incurred for services. | | X | | 1,434.00 |

Sheet no. __**26**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,486.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
      **Catherine B Ryg**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6-15-03-2010 6** <br><br> **Nicor Gas** <br> **PO Box 310** <br> **Aurora, IL 60507-0310** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 201.00 |
| Account No. **4443412000** <br><br> **Nicor Gas** <br> **% Asset Acceptance LLC** <br> **PO Box 2036** <br> **Warren, MI 48090-2036** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 212.00 |
| Account No. **0128148984** <br><br> **Northern Leasing System** <br> **132 W 31st St  Fl 14** <br> **New York, NY 10001** | | J | Claim was incurred for collection account. | | X | | 1,048.00 |
| Account No. **0211798** <br><br> **Northern Leasing Systems Inc.** <br> **PO Box 1027** <br> **Sioux Falls, SD 57101-1027** | | J | Claim incurred for the operations expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 212.00 |
| Account No. **0211798** <br><br> **Northern Leasing Systems, Inc.** <br> **PO Box 7861** <br> **New York, NY 10116** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,552.00 |

Sheet no. __27__ of __40__ sheets attached to Schedule of                                    Subtotal                 3,225.00
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
       **Catherine B Ryg**

Case No. _____

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **806403** | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Norton** **PO Box 0550** **Pittsburgh, PA 15264-0550** | | | J | | | | | X | 199.00 |
| Account No. | | | | | Claim incurred for the operationa expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Norwegian Implement Company** **Box 342** **Marseilles, IL 61341-9422** | | | J | | | | | X | 539.00 |
| Account No. 7652710 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Nu-Art** **6247 W. 74th St.** **Box 2002** **Bedford Park, IL 60499** | | | J | | | | | X | 64.00 |
| Account No. 20255 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Overhead Door Co** **200 N. Columbia Ave.** **Oglesby, IL 61348** | | | J | | | | | X | 149.00 |
| Account No. 05503-T1 | | | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Paper Fantasies** **PO BOx 57789** **Jacksonville, FL 32241-7789** | | | J | | | | | X | 344.00 |

Sheet no. __28__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,295.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
   **Catherine B Ryg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **206205** <br><br> **Party Linens**<br>**7780 S. Dante Ave.**<br>**Chicago, IL 60619** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 249.00 |
| Account No. **4549810** <br><br> **Pattern**<br>**590 Mayer St.**<br>**Oglesby, IL 61348** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 197.00 |
| Account No. **202756** <br><br> **Personnel Concepts Limited**<br>**PO Box 1183**<br>**Covina, CA 91722** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 68.00 |
| Account No. **202756** <br><br> **Personnel Concepts Ltd.**<br>**PO Box 1183**<br>**Covina, CA 91722** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 68.00 |
| Account No. <br><br> **Peru Auto Electric**<br>**906 Peoria St.**<br>**Peru, IL 61354** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 22.00 |

Sheet no. __**29**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

604.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**
**Catherine B Ryg**                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5472-0656-0024-6277**<br><br>**Platinum Plus For Business**<br>**PO Box 15469**<br>**Wilmington, DE 19886-5469** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guarnateed by the debtor, Gaylon Ryg. | | X | | 6,079.00 |
| Account No. **5472-0690-0024-7257**<br><br>**Platinum Plus For Business**<br>**PO Box 15469**<br>**Wilmington, DE 19886-5469** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,454.00 |
| Account No. **5472-0656-0024-6319**<br><br>**Platinum Plus For Business**<br>**PO Box 15469**<br>**Wilmington, DE 19886-5469** | | J | | | Claim incurred for the operation expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 2,175.00 |
| Account No. **5472-0656-0024-6285**<br><br>**Platinum Plus For Business**<br>**PO Box 15469**<br>**Wilmington, DE 19886-5469** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 954.00 |
| Account No.<br><br>**Portable Heater Parts**<br>**342 N. CR400 East**<br>**Valparaiso, IN 46383** | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 174.00 |

Sheet no. __30__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **10,836.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**                                    Case No. _____
      **Catherine B Ryg**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **61350B**<br><br>Power Port Products, Inc.<br>301 W. Interstate Rd.<br>Addison, IL 60101 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 262.00 |
| Account No. **24502**<br><br>Pro Technologies<br>823 E. Route 6<br>Utica, IL 61373-9716 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 35.00 |
| Account No.<br><br>Regency Thermographers<br>% Pinnacle Financial Group, Inc.<br>7825 Washington Ave. South; Ste.410<br>Minneapolis, MN 55439 | | J | | | Claim incurred for the operationa expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 106.00 |
| Account No. **226035**<br><br>Rent A Rug Cleaners, Inc.<br>350 S. La Londe Ave.<br>Addison, IL 60101 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 425.00 |
| Account No. **2006LM 00333**<br><br>Resurgence Financial, LLC | | J | | | Claim was incurred for civil judgment for account #4266839770853812. | | X | | 15,042.00 |

Sheet no. __31__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,870.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**                                              Case No. _____
       **Catherine B Ryg**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2005LM 00178** <br><br> **Resurgence Financial, LLC** | | J | Claim was incurred for civil judgment for account #4366163024445153. | | X | | 13,441.00 |
| Account No. **750801413** <br><br> **Rice Tire Service** <br> **1781 E. Norris Dr.** <br> **Ottawa, IL 61350-1694** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,183.00 |
| Account No. **101414** <br><br> **Rug Doctor Rents** <br> **830 Seton Ct.** <br> **Unit 4** <br> **Wheeling, IL 60090** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 230.00 |
| Account No. **78105050** <br><br> **S-B Power Tool Company** <br> **4300 W. Peterson Ave.** <br> **Chicago, IL 60646-5999** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 472.00 |
| Account No. **217900** <br><br> **Sales & Service** <br> **Route 24 East** <br> **PO Box 224** <br> **Eureka, IL 61530** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 140.00 |

Sheet no. __32__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **15,466.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaylon W Ryg,**
   **Catherine B Ryg** ,
   Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 8159414850412 | | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | |
| SBC % Encore Receivable Management PO BOx 3330 Olathe, KS 66063-3330 | | | | | | | | 554.00 |
| Account No. RE4086 | | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | |
| Shipp Cleaning Systems 1360 Business Center Dr. Conyers, GA 30094 | | | | | | | | 36.00 |
| Account No. 119903 | | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | |
| Sico America Inc. 7525 Cahill Rd. Minneapolis, MN 55439 | | | | | | | | 194.00 |
| Account No. 3815 | | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | |
| Sierra Motors 510 E. Norris Dr. Ottawa, IL 61350 | | | | | | | | 160.00 |
| Account No. 02-S733 | | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | |
| Sign Builders Inc. PO Box 28380 Birmingham, AL 35228-0004 | | | | | | | | 81.00 |

Sheet no. __33__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,025.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**                                                    Case No. _____
     **Catherine B Ryg**
_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **30808**<br><br>SKD Trading, Inc.<br>PO Box 4396<br>Great Neck, NY 11027 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 100.00 |
| Account No.<br><br>Smith's Sales and Service<br>1604 Peoria St.<br>Peru, IL 61354 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 56.00 |
| Account No.<br><br>Solutions by Computer, Inc.<br>% Dun & Bradstreet<br>PO Box 318034<br>Independence, OH 44131 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,776.00 |
| Account No. **197500**<br><br>Solutions by Computer, Inc.<br>191 Chestnut St.<br>Springfield, MA 01103 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 18.00 |
| Account No. **23102**<br><br>Southwest Oil, Inc.<br>17348 Deer Creek Dr.<br>Orland Park, IL 60467 | | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 65.00 |

Sheet no. __34__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,015.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**
       **Catherine B Ryg,**
       _____,
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **451040** <br><br> **Stanley Hydraulic Tools** <br> **3810 S.E. Naef Rd.** <br> **Milwaukie, OR 97267** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 30,486.00 |
| Account No. **956300245** <br><br> **Steves Tire & Service Ctr** <br> **514 Liberty** <br> **Morris, IL 60450** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 297.00 |
| Account No. <br><br> **STYLART** <br> **% LC Financial** <br> **16119 Vanowen St.** <br> **Van Nuys, CA 91406-4822** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 447.00 |
| Account No. <br><br> **Table Mate Products, Inc.** <br> **PO Box 31725** <br> **Chicago, IL 60631-2191** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 1,355.00 |
| Account No. **2-613-0001** <br><br> **Tableskirts, Etc...Inc.** <br> **PO Box 100** <br> **Mayo, SC 29368** | | J | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 710.00 |

Sheet no. __**35**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,295.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**
      **Catherine B Ryg,**
                                              ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1467399** <br><br> **The Internet Marketing Center** <br> **1123 Fir Ave.** <br> **Blaine, WA 98230** | J | | | Claim was incurred for balance owed on account. | | X | | 321.00 |
| Account No. <br><br> **The Paper** <br> **% Strufe & McClarey, Attys.** <br> **PO Box 9** <br> **Dwight, IL 60420-0009** | J | | | Claim incurred for the operational  expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 576.00 |
| Account No. **708X3774** <br><br> **The Travelers - AMD** <br> **PO Box 3556** <br> **Orlando, FL 32802-3556** | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 9,283.00 |
| Account No. <br><br> **Total Merchant Services** <br> **10705 Red Run Blvd.** <br> **Owings Mills, MD 21117-5134** | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 68.00 |
| Account No. <br><br> **Town & Country Disposal** <br> **% Credit Recovery, Inc.** <br> **PO Box 916** <br> **Ottawa, IL 61350** | J | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 171.00 |

Sheet no. __**36**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,419.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**    Case No. _____
**Catherine B Ryg**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Union Bank** <br> **122 W. Main St.** <br> **Ottawa, IL 61350** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 20,248.00 |
| Account No. **URRY01** <br><br> **Union Hill Sales & Service, Inc.** <br> **PO Box 55** <br> **Union Hill, IL 60969** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 225.00 |
| Account No. **61239E** <br><br> **United Parcel Service** <br> **Lockbox 577** <br> **Carol Stream, IL 60132-0577** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 300.00 |
| Account No. **07-STANS01** <br><br> **United Solideal Company** <br> **PO Box 689** <br> **Lebanon, IN 46052** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 253.00 |
| Account No. **STAN01** <br><br> **Universal Accounting Software** <br> **115 River Rd.** <br> **Suite 820** <br> **Edgewater, NJ 07020** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 550.00 |

Sheet no. __37__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,576.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaylon W Ryg,**
       **Catherine B Ryg**

Case No. _____

                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **09 LM 169**<br><br>**Velo City Investments LLC assignee of MBA % Keith S. Shindler, Ltd 1040 S Milwaukee Ave, Se. 110 Wheeling, IL 60090-6373** | | J | Claim was incurred for civil judgment for account 4264-2904-8118-8753. | | X | | 41,510.00 |
| Account No. **40 8900 3323105257 03**<br><br>**Verizon North PO Box 920041 Dallas, TX 75392-0041** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 13.00 |
| Account No. **40 8900 3323105257 03**<br><br>**Verizon North PO Box 920041 Dallas, TX 75392-0041** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 97.00 |
| Account No. **9900703**<br><br>**Vitran Express 22235 Network Place Chicago, IL 60673-1222** | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 82.00 |
| Account No.<br><br>**Vyridian Revenue Management % Nationwide Credit & Coll 815 Commerce Dr. Ste 100 Oak Brook, IL 60523** | | J | Claim was incurred for multiple collection accounts. | | X | | 634.00 |

Sheet no. __38__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,336.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaylon W Ryg,**
   **Catherine B Ryg**
_____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **203376** <br><br> Wacker Corp. <br> Box 88058 <br> Milwaukee, WI 53288-0058 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 37.00 |
| Account No. <br><br> Waste Management West <br> % Dun & Bradstreet <br> PO Box 318064 <br> Independence, OH 44131-8064 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 122.00 |
| Account No. **41070** <br><br> Water Cannon, Inc. <br> 4546 S. Semoran Blvd. <br> Orlando, FL 32822 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 39.00 |
| Account No. **IL0011** <br><br> Weddingstar Inc. <br> 1870 6th Ave. S.W. <br> Medicine Hat <br> Alberta Canada 11A 7X5 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 91.00 |
| Account No. <br><br> WLPO/WAJK/WKOT <br> PO Box 215 <br> La Salle, IL 61301 | | J | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | X | | 221.00 |

Sheet no. _**39**_ of _**40**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

510.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaylon W Ryg,**
         **Catherine B Ryg**                                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Woods Equipment - Tisco**<br>**% Teller Levit & Silvertrust, PC**<br>**11 E. Adams St.**<br>**Chicago, IL 60603** | | J | | | X | | 1,353.00 |
| Account No. | | | Claim incurred for the operational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **Z B Supply Co**<br>**% NCO Financial Systems Inc.**<br>**PO Box 41417; Dept. 23**<br>**Philadelphia, PA 19101** | | J | | | X | | 217.00 |
| Account No. | | | Claim incurred for the oeprational expenses for Stan's Rental, Inc. and guaranteed by the debtor, Gaylon Ryg. | | | | |
| **ZB Supply Company**<br>**% Collection Professionals, Inc.**<br>**723 First St.**<br>**La Salle, IL 61301-2535** | | J | | | X | | 198.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __40__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 1,768.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 2,093,104.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **Gaylon W Ryg,**                                             Case No. _____
       **Catherine B Ryg**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Gaylon W Ryg,**                                                                    Case No. _____
             **Catherine B Ryg**
                                                                                                              ,
                                                          Debtors
# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re    **Gaylon W Ryg**
**Catherine B Ryg**              Case No. _____
                                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manufacturers Rep** | **Bakery** |
| Name of Employer | **DK Gentile Co.** | **Handy Foods** |
| How long employed | **September 2008** | **4 Years** |
| Address of Employer | **W. Chicago, IL** | **Ottawa, IL** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,643.00** | $ **1,479.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,643.00** | $ **1,479.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **255.00** | $ **267.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify):   **Retirement** | $ **0.00** | $ **102.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **255.00** | $ **369.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,388.00** | $ **1,110.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,388.00** | $ **1,110.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **2,498.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Gaylon W Ryg**
**Catherine B Ryg** _____     Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 704.00 |
|    a. Are real estate taxes included?   Yes ___   No **X** | | |
|    b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 195.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 35.00 |
|    d. Other   **Cell phones & cable** | $ | 173.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 360.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 85.00 |
| 8. Transportation (not including car payments) | $ | 140.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 50.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 75.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify)   **Real Estate Taxes** | $ | 267.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other   **2nd mortgage** | $ | 136.00 |
|    c. Other   **Court Ordered Restitution** | $ | 190.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|    Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,490.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 2,498.00 |
| b.  Average monthly expenses from Line 18 above | $ | 2,490.00 |
| c.  Monthly net income (a. minus b.) | $ | 8.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Gaylon W Ryg**
**Catherine B Ryg**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **54** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 5, 2009** _____

Signature **/s/ Gaylon W Ryg** _____
**Gaylon W Ryg**
Debtor

Date **October 5, 2009** _____

Signature **/s/ Catherine B Ryg** _____
**Catherine B Ryg**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gaylon W Ryg
Catherine B Ryg**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **800.00** |
| Prior to the filing of this statement I have received | $ | **800.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October  5, 2009**
_____

**/s/ Stephen J. West, Atty.**
_____
**Stephen J. West, Atty. 02989794
Stephen J. West
628 Columbus Dr.
Rm. 102
Ottawa, IL 61350
815-434-7250  Fax: 815-434-0951**

---

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Gaylon W Ryg**
**Catherine B Ryg**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**First Federal Savings Bank** | **Describe Property Securing Debt:**<br>**Security is a mortgage on petitioners home obtained in 2000.** |

Property will be (check one):
☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**First Federal Savings Bank** | **Describe Property Securing Debt:**<br>**Security is a 2nd mortgage on petitioners home obtained in 2000.** |

Property will be (check one):
☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

B8 (Form 8) (12/08)                                                                                                    Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**October  5, 2009**__                    Signature    __**/s/ Gaylon W Ryg**__

                                                              **Gaylon W Ryg**
                                                              Debtor


Date  __**October  5, 2009**__                    Signature    __**/s/ Catherine B Ryg**__

                                                              **Catherine B Ryg**
                                                              Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Gaylon W Ryg**
**Catherine B Ryg**                          Case No. _____

                                   Debtor(s)             Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **204**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October  5, 2009**           **/s/ Gaylon W Ryg**
                                       **Gaylon W Ryg**
                                       Signature of Debtor

Date:   **October  5, 2009**           **/s/ Catherine B Ryg**
                                       **Catherine B Ryg**
                                       Signature of Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

   2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

   3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

   Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

   Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

   A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
   I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Stephen J. West, Atty. 02989794 | X /s/ Stephen J. West, Atty. | October  5, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**
**815-434-7250**

### Certificate of Debtor
   I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Gaylon W Ryg
Catherine B Ryg | X /s/ Gaylon W Ryg | October  5, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Catherine B Ryg | October  5, 2009 |
| | Signature of Joint Debtor (if any) | Date |

A&T Auto Electric Inc.
2910 E. 15th Rd.
Ottawa, IL 61350


Ace Tire & Auto Service Inc.
1414 38th St.
Peru, IL 61354


Alexander Equipment
1511 Commerce Dr.
Bourbonnais, IL 60914


Allstate Insurance Co.
% Credit Collection Services
Two Wells Ave.; Suite 1
Newton, MA 02459


Alto U.S., Inc.
2100 Highway 265 South
Springdale, AR 72764-8711


Amcore Bank
% Perona Law Offices
4110 Progress Blvd.
Peru, IL 61354


Ameri-Tel Communications, Inc.
1202 Columbus St.
PMB# 314
Ottawa, IL 61350


American Allsafe Company
PO Box 952422
Saint Louis, MO 63195-2422


American Express Centu


American Express
PO Box 360001
Ft. Lauderdale, FL 33336-0001


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002

Ameritech Commercial
% Allied Interstate Inc.
PO Box 361598
Columbus, OH 43236-1598


Ameritech Commercial
% Allied Interstate Inc.
PO Box 361598
Columbus, OH 43236-1598


Amscan, Inc.
% Accounts Receivalbe Management
PO Box 363
Carle Place, NY 11514-0363


Aramark Uniform Services
PO Box 7177
Rockford, IL 61126-7177


ARCH Group Inc.
PO Box 964
Bel Air, MD 21014


ARI Network Services, Inc.
% M&I Bank
Box 233
Milwaukee, WI 53288-0233


Armadilla Wax Works
2651 N. Industrial Way
Prescott Valley, AZ 86314


AT&T
% NCO Financial Systems Inc.
PO Box 3759
Crofton, MD 21114


AT&T
% FNCS
PO BOx 3051
Orange, CA 92857


AT&T
% ARSI
PO Box 1025
Thousand Oaks, CA 91358

AT&T All In One
% Collection Bureau of America
PO Box 5013
Hayward, CA 94540-5013


Auto Glass Center, Inc.
PO Box 122
Cedar Rapids, IA 52406-0122


Battery Service Corp.
410 S. Evergreen St.
Bensenville, IL 60106


Battery Specialist Unlimited
2910 E. 15th Rd.
Ottawa, IL 61350


Birchcraft Studios
% Alden, Curtis & Michaels, Ltd.
1170 Broadway
New York, NY 10001-7598


Bluebird
22611 Network Plaza
Chicago, IL 60673-1226


BOC Gases
PO Box 371914
Pittsburgh, PA 15251-7914


BOC Gases
100 Corporate Dr.
PO BOx 700
Lebanon, NJ 08833-0700


C-Tech Industries
PO Box 2158
Portland, OR 97208-2158


Capital One Bank


Carlson Craft
PO Box 8700
N.Mankato, MN 56002-8700

Celebration
% MCA International
15316 N. Florida Ave.
Tampa, FL 33613


CFC Deficiency Recovery
5225 Crooks Rd Ste 140
Troy, MI 48098


Chanooka Weekly
Rock Valley Publishing, LLC
11512 N. Second St.
Machesney Park, IL 61115


Chase Manhattan Bank
% Michael D. Fine, Atty.
227 W. Monroe; Suite 2700
Chicago, IL 60606


Chase NA
800 Brooksedge Blvd
Westerville, OH 43081


Chrysler Financial
PO Box 9223
Farmington, MI 48333-9223


Cingular
% Afni
PO Box 3427
Bloomington, IL 61702-3427


Cingular Wireless
PO Box 806055
Chicago, IL 60680


Cingular Wireless
PO Box 806055
Chicago, IL 60680


Cingular Wireless
PO Box 806055
Chicago, IL 60680

Cingular Wireless
PO Box 806055
Chicago, IL 60680


CIT Bank/DFS
12234 N IH 35 SB Bldg B
Austin, TX 78753


Citibank
% Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908


Citibank
% LTD Financial Services, L.P.
7322 Southwest Freeway; Suite 1600
Houston, TX 77074


Citibank
% NCO Fin/22
507 Prudential Rd
Horsham, PA 19044


Citibank, USA
PO Box 9004
Des Moines, IA 50368-9004


CitiCapital
250 E. John Carpenter Freeway
Irving, TX 75062


City of Morris
320 Wauponsee St.
Morris, IL 60450


City of Peru
PO Box 299
Peru, IL 61354


Clark Equipment Company
PO Box 910634
File #10464
Dallas, TX 75391-0634

Clark Equipment Company
PO Box 910634
File #10464
Dallas, TX 75391-0634


Clark Foodservice, Inc.
% F.C.C.
1100 Jorie Blvd.; Suite 220
Oak Brook, IL 60523


Classic Thermographers
% Teller, Levit & Silvertrust, PC
11 E. Adams St.; Suite 800
Chicago, IL 60603


Clear Talk
% E R Solutions Inc.
PO BOx 9004
Renton, WA 98057-9004


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Computer Support Services, Inc.
2620 S. Maryland Pkwy.
PMB #414
Las Vegas, NV 89109


Conseco Finance Svc
% VeriCore
1200 W. Causeway Approach
Mandeville, LA 70471


Crane's Tire Mart
% T.A.C. Collections, Inc.
625 N. Michigan AVe.
Chicago, IL 60611


Croft Trailer Supply Inc
PO Box 300320
Kansas City, MO 64130-0320

Cub Cadet
% MTD Products Inc.
PO Box 368023
Cleveland, OH 44136-9723


D&S Electric
PO Box 1006
Ottawa, IL 61350


DBP, Inc.
% NCO Financial Systems
PO Box 7768
Metairie, LA 70010


Debo Ace Hardware
PO Box 79
Peru, IL 61354-3322


Dell Financial Services
% Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908


Dependable Business Products
1220 S. Fairway Dr.
Princeton, IL 61356


Dillon Importing Company
300 N. Mac Arthur
Oklahoma City, OK 73127


Empire Fire & Marine
% Teller, Levit & Silvertrust, PC
11 E. Adams St.
Chicago, IL 60603


Empire Fire & Marine Insurance
PO Box 2274
Fargo, ND 58103-2274


Erin Cap. Mgmt assignee of Citibank
%Blatt Hasenmiller Leibsker & Moore
125 S. Wacker Dr., Ste. 400
Chicago, IL 60606-4440

First Data
PO Box 407066
Fort Lauderdale, FL 33340


First Data Merchant Services
% Salvatore Spinelli, Esq. Atty.
135 Maxess Rd.; Suite 2B
Melville, NY 11747


First Data Merchant Services
PO Box 407171
Fort Lauderdale, FL 33340


First Federal Savings Bank
633 LaSalle St.
Ottawa, IL 61350


First Federal Savings Bank
633 LaSalle St.
Ottawa, IL 61350


First National Bank
701 LaSalle St.
Ottawa, IL 61350


First National Bank
701 LaSalle St.
Ottawa, IL 61350


Fonda Hoffmaster
% CST Co
CST Bldg.; PO Box 33127
Louisville, KY 40232-3127


Fremont Compensation Ins Grp
PO Box 109061
Chicago, IL 60610-9061


G&B Disposal, Inc.
PO Box 673089
Milwaukee, WI 53267-3089


Georgia Rubber
1643 Chattahoochee Ave. N.W.
Atlanta, GA 30318

GL Supply Co
20 N. 9th Ave.
Melrose Park, IL 60160


Granite Industries, Inc.
PO Box 408
Archbold, OH 43502


Great Plains
PO Box 1219
Burnsville, MN 55337-0219


Grouser Products
755 2nd Ave. NW
West Fargo, ND 58078


Grundy County National
% Collection Professionals Inc.
PO Box 416
La Salle, IL 61301-0416


HBS Systems
% Burt & Associates
PO Box 143008
Irving, TX 75014-3008


High School Sports Promotions
% Dann & Falgiani, LLC
127 Churchill Hubbard Rd.; Suite D
Youngstown, OH 44505


Hometown Productions
% Dann & Falgiani, LLC
127 Churchill Hubbard Rd.; Suite D
Youngstown, OH 44505


Hortense B. Hewitt Co
1 HBH Plaza
Rexburg, ID 83441


Hose & Fitting Center
1250 E. 9th St.
Lockport, IL 60441

Hose & Fitting Center
Suite E
8901 W. 192nd St.
Mokena, IL 60448


Humana
% Teller, Levit & Silvertrust PC
11 E. Adams St.; Suite 800
Chicago, IL 60603


Hylant Goup - Toledo Office
PO Box 1687
Toledo, OH 43603-1687


Illinois Power
PO Box 2522
Decatur, IL 62525


Illinois Power
PO Box 2522
Decatur, IL 62525


Illinois Power
PO Box 2522
Decatur, IL 62525


Illinois Power
PO Box 2522
Decatur, IL 62525


Illinois Valley Diesel Injection
% American Credit Systems, Inc.
PO Box 72849
Roselle, IL 60172-0849


Independence Receivables Corp
% Law Offices of Ross Gelfand, LLC
PO Box 1870
Roswell, GA 30077-1870


Ingersoll-Rand Equipment & Svc
% Arnold Scott Harris
600 W. Jackson Blvd.; Suite 710
Chicago, IL 60661

J Charles Crystalworks
225 Gap Way
Erlanger, KY 41018


J&D Door Sales, Inc.
200 E. Second St.
Big Rock, IL 60511


Jamie Lynn
6445 W. Grand Ave.
Chicago, IL 60707


JDS Office Products
PO Box 779
Ottawa, IL 61350-0779


Jim's Formal Wear
One Tuxedo Park
PO Box 125
Trenton, IL 62293


Kar Products
461 N. Third Ave.
Des Plaines, IL 60016


LaSalle Co. Glass & Mirror Inc.
PO Box 764
Ottawa, IL 61350


LaSalle National Bank
% Schweikert & Ganassin
2101 Marquette Rd.
Peru, IL 61354


LaSalle Office Supply
901 First St.
La Salle, IL 61301


Lillian Rose, Inc.
PO Box 250
Mukwonago, WI 53149-0250

LTD Commodities Inc.
% McCarthy, Burgess & Wolff
The MB&W Bldg; 26000 Cannon Rd.
Bedford, OH 44146


M.B.N. Security Systems
% Creditors' Alliance, Inc.
PO Box 1288
Bloomington, IL 61702-1288


Marathon Media, LLP
% James Leo Keely, Atty.
PO Box 770
Ottawa, IL 61350-0770


Martin Equipment of Illinois, Inc.
Jct. I-74 & Rt. 117
Box 70
Goodfield, IL 61742


Masterpiece
% Davis and Goldmark
PO Box 3690
Mission Viejo, CA 92690


MBNA America Bank, NA
% Gerald E. Moore & Associates, PC
PO Box 672257
Marietta, GA 30006


McLeodUSA Publishing Co.
PO Box 9254
Des Moines, IA 50306-9254


McPhersons
% Davis and Goldmark
PO Box 3690
Mission Viejo, CA 92690


Modern Business Services
PO Box 754
Ottawa, IL 61350


Motion Industries, Inc.
PO Box 98412
Chicago, IL 60693

MTS Publishing
% American Credit Systems, Inc.
PO Box 72849
Roselle, IL 60172-0849


Multiquip Inc.
PO BOx 54449
Los Angeles, CA 90054-0449


Napa Auto Parts
115 W. Jefferson
Morris, IL 60450


NCL Equipment Specialties, Inc.
PO BOx 980
174 S. Harrison
Oswego, IL 60543


New England Business Service
500 Main St.
Groton, MA 01471


New Holland Plan
Dept. CH 10460
Palatine, IL 60055-0460


News Tribune
% Collection Professionals, Inc.
PO Box 416
La Salle, IL 61301


News Tribune
% Collection Professionals, Inc.
PO Box 416
La Salle, IL 61301


Nicor - EO
% NCO Financial Systems Inc.
PO Box 41457
Philadelphia, PA 19101-1457


Nicor Energy LLC
% E R Solutions, Inc.
PO Box 9004
Renton, WA 98057-9004

Nicor Energy LLC
% E R Solutions, Inc.
PO Box 9004
Renton, WA 98057-9004


Nicor Energy, LLC
1001 Warrenville Rd.
Suite 550
Lisle, IL 60532-4306


Nicor Gas
PO Box 310
Aurora, IL 60507-0310


Nicor Gas
PO Box 310
Aurora, IL 60507-0310


Nicor Gas
PO Box 310
Aurora, IL 60507-0310


Nicor Gas
% Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


Northern Leasing System
132 W 31st St  Fl 14
New York, NY 10001


Northern Leasing Systems Inc.
PO Box 1027
Sioux Falls, SD 57101-1027


Northern Leasing Systems, Inc.
PO Box 7861
New York, NY 10116


Norton
PO Box 0550
Pittsburgh, PA 15264-0550

Norwegian Implement Company
Box 342
Marseilles, IL 61341-9422


Nu-Art
6247 W. 74th St.
Box 2002
Bedford Park, IL 60499


Overhead Door Co
200 N. Columbia Ave.
Oglesby, IL 61348


Paper Fantasies
PO BOx 57789
Jacksonville, FL 32241-7789


Party Linens
7780 S. Dante Ave.
Chicago, IL 60619


Pattern
590 Mayer St.
Oglesby, IL 61348


Personnel Concepts Limited
PO Box 1183
Covina, CA 91722


Personnel Concepts Ltd.
PO Box 1183
Covina, CA 91722


Peru Auto Electric
906 Peoria St.
Peru, IL 61354


Platinum Plus For Business
PO Box 15469
Wilmington, DE 19886-5469


Platinum Plus For Business
PO Box 15469
Wilmington, DE 19886-5469

Platinum Plus For Business
PO Box 15469
Wilmington, DE 19886-5469


Platinum Plus For Business
PO Box 15469
Wilmington, DE 19886-5469


Portable Heater Parts
342 N. CR400 East
Valparaiso, IN 46383


Power Port Products, Inc.
301 W. Interstate Rd.
Addison, IL 60101


Pro Technologies
823 E. Route 6
Utica, IL 61373-9716


Regency Thermographers
% Pinnacle Financial Group, Inc.
7825 Washington Ave. South; Ste.410
Minneapolis, MN 55439


Rent A Rug Cleaners, Inc.
350 S. La Londe Ave.
Addison, IL 60101


Resurgence Financial, LLC



Resurgence Financial, LLC



Rice Tire Service
1781 E. Norris Dr.
Ottawa, IL 61350-1694


Rug Doctor Rents
830 Seton Ct.
Unit 4
Wheeling, IL 60090

S-B Power Tool Company
4300 W. Peterson Ave.
Chicago, IL 60646-5999


Sales & Service
Route 24 East
PO Box 224
Eureka, IL 61530


SBC
% Encore Receivable Management
PO BOx 3330
Olathe, KS 66063-3330


Shipp Cleaning Systems
1360 Business Center Dr.
Conyers, GA 30094


Sico America Inc.
7525 Cahill Rd.
Minneapolis, MN 55439


Sierra Motors
510 E. Norris Dr.
Ottawa, IL 61350


Sign Builders Inc.
PO Box 28380
Birmingham, AL 35228-0004


SKD Trading, Inc.
PO Box 4396
Great Neck, NY 11027


Smith's Sales and Service
1604 Peoria St.
Peru, IL 61354


Solutions by Computer, Inc.
% Dun & Bradstreet
PO Box 318034
Independence, OH 44131

Solutions by Computer, Inc.
191 Chestnut St.
Springfield, MA 01103


Southwest Oil, Inc.
17348 Deer Creek Dr.
Orland Park, IL 60467


Stanley Hydraulic Tools
3810 S.E. Naef Rd.
Milwaukie, OR 97267


Steves Tire & Service Ctr
514 Liberty
Morris, IL 60450


STYLART
% LC Financial
16119 Vanowen St.
Van Nuys, CA 91406-4822


Table Mate Products, Inc.
PO Box 31725
Chicago, IL 60631-2191


Tableskirts, Etc...Inc.
PO Box 100
Mayo, SC 29368


The Internet Marketing Center
1123 Fir Ave.
Blaine, WA 98230


The Paper
% Strufe & McClarey, Attys.
PO Box 9
Dwight, IL 60420-0009


The Travelers - AMD
PO Box 3556
Orlando, FL 32802-3556


Total Merchant Services
10705 Red Run Blvd.
Owings Mills, MD 21117-5134

Town & Country Disposal
% Credit Recovery, Inc.
PO Box 916
Ottawa, IL 61350


Union Bank
122 W. Main St.
Ottawa, IL 61350


Union Hill Sales & Service, Inc.
PO Box 55
Union Hill, IL 60969


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


United Solideal Company
PO Box 689
Lebanon, IN 46052


Universal Accounting Software
115 River Rd.
Suite 820
Edgewater, NJ 07020


Velo City Investments LLC assignee
of MBA % Keith S. Shindler, Ltd
1040 S Milwaukee Ave, Se. 110
Wheeling, IL 60090-6373


Verizon North
PO Box 920041
Dallas, TX 75392-0041


Verizon North
PO Box 920041
Dallas, TX 75392-0041


Vitran Express
22235 Network Place
Chicago, IL 60673-1222

Vyridian Revenue Management
% Nationwide Credit & Coll
815 Commerce Dr. Ste 100
Oak Brook, IL 60523


Wacker Corp.
Box 88058
Milwaukee, WI 53288-0058


Waste Management West
% Dun & Bradstreet
PO Box 318064
Independence, OH 44131-8064


Water Cannon, Inc.
4546 S. Semoran Blvd.
Orlando, FL 32822


Weddingstar Inc.
1870 6th Ave. S.W.
Medicine Hat
Alberta Canada 11A 7X5


WLPO/WAJK/WKOT
PO Box 215
La Salle, IL 61301


Woods Equipment - Tisco
% Teller Levit & Silvertrust, PC
11 E. Adams St.
Chicago, IL 60603


Z B Supply Co
% NCO Financial Systems Inc.
PO Box 41417; Dept. 23
Philadelphia, PA 19101


ZB Supply Company
% Collection Professionals, Inc.
723 First St.
La Salle, IL 61301-2535